# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# SOUTHWESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 07-05072-01-CR-SW-RED |
| | ) |
| BRADLEY LEE VANSANDT, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Now before the Court are Defendant's Motion to Dismiss Indictment Because of Multiplicity (Doc. 20), the Government's Response in Opposition to Defendant's Motion to Dismiss Indictment Because of Multiplicity (Doc. 26), Defendant's Reply to Government's Response in Opposition to Defendant's Motion to Dismiss Indictment Because of Multiplicity (Doc. 28), and the Report and Recommendation of the United States Magistrate Judge (Doc. 34).

Upon careful and independent review of the pending motion and the suggestions filed by the parties in regard to said motion, and a review of the applicable law, the Court ADOPTS the Report and Recommendation of the United States Magistrate Judge (Doc. 34) in full. Accordingly, for the reasons articulated herein and by the Magistrate in the Report and Recommendation, Defendant's Motion to Dismiss Indictment Because of Multiplicity (Doc. 20) is hereby **DENIED without prejudice**.

**IT IS SO ORDERED.**

DATE: March 20, 2008          */s/ Richard E. Dorr*
                              RICHARD E. DORR, JUDGE
                              UNITED STATES DISTRICT COURT